Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Travis Von Magnus

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TRAVIS VON MAGNUS,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

Case No. 2:18-cv-00474-CMK
STIPULATED REQUEST EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ORDER.
(Plaintiff's First Extension Request)

    The parties request that Plaintiff shall have an additional 30 days, to and including August 5, 2018, in which to move for summary judgment. This is a change from the original date of July 6, 2018.

    (2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's first extension request. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on September 2, 2018. Plaintiff's Reply brief, if necessary, will be due on September 16, 2018.

////

////

-1-

DATED: 7/5/2018           By: /s/ Nancy K. McCombs
                              NANCY K. MCCOMBS,
                              Attorney for Plaintiff

DATED: 7/5/2018           By: /s/ Tina Naicker
                              TINA NAICKER,
                              Attorney for Defendant

IT IS SO ORDERED:

Dated: July 11, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE