Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Travis Von Magnus

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TRAVIS VON MAGNUS,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

)  Case No. 2:18-cv-00474-CMK
)  STIPULATED REQUEST EXTENDING
)  TIME TO FILE MOTION FOR SUMMARY
)  JUDGMENT OR REMAND AND ORDER.
)  (Plaintiff's Second Extension Request)

    The parties request that Plaintiff shall have an additional 4 days, to and including August 9, 2018, in which to move for summary judgment. This is a change from the previous date of August 5, 2018.

    (2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's second extension request. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on September 6, 2018. Plaintiff's Reply brief, if necessary, will be due on September 20, 2018.

////

////

-1-

DATED: 8/6/2018        By:    /s/ Nancy K. McCombs
                              NANCY K. MCCOMBS,
                              Attorney for Plaintiff


DATED: 8/6/2018        By:    /s/ Tina Naicker
                              TINA NAICKER,
                              Attorney for Defendant


IT IS SO ORDERED:

Dated: August 10, 2018

*[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE