1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  TINA L. NAICKER, CSBN 252766
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 268-5611
   Facsimile: (415) 744-0134
7  E-Mail: Tina.Naicker@SSA.gov

8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TRAVIS VON MAGNUS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>Defendant. | CIVIL NO. 2:18-cv-00474-DMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 6, 2018 to **October 15, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel had three deaths in her family in the last three months and was out on bereavement/personal leave. Counsel also had a family medical emergency and took additional leave to care for her immediate family member following emergency surgery and hospital

JS for Extension of Time and PO, Case No. 2:18-cv-00474-DMC          1

stay. In addition, Counsel has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-October. Due to current workload demands and upcoming leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Good cause also exists because Counsel is expected to be on vacation leave from September 21, 2018 to September 27, 2018. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 4, 2018

/s/ *Nancy McCombs
(*as authorized by email on September 4, 2018)
NANCY MCCOMBS
Attorney for Plaintiff

Dated: September 4, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: Sep 5 2018

HON. DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE