# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS VON MAGNUS, | No. 2:18-CV-0474-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion for an extension of time to file an answering brief (Doc. 21).

Pursuant to the court's October 1, 2018, order, defendant's brief was due by November 15, 2018. The current motion, filed on the date of the deadline and seeking a one-day extension of time, is not well-taken. The motion is denied without prejudice to defendant filing an answering brief accompanied by either a motion or stipulation to accept a late-filed brief.

IT IS SO ORDERED.

Dated: November 19, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1