MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVIS VON MAGNUS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>    Defendant. | CIVIL NO. 2:18-cv-00474-CMK<br><br>**JOINT STIPULATION AND ORDER FOR ACCEPTA NCE OF LATE-FILED BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, subject to the approval of the Court, agree that Defendant's Cross-Motion and Opposition to Plaintiff's filed on **November 16, 2018 (Dkt. 22)** is timely. Counsel for Defendant sought a one-day extension of time due to her chronic migraines that she experiences, which impairs her vision (including causing blurred vision and loss of vision in her left eye). As a result of her light sensitivity, Counsel was not able to continue working on Defendant's response and sought a one-day extension of time, which

JS for Extension of Time and PO , Case No. 2:18-cv-00474-DMC            1

Counsel for Plaintiff did not object to the requested relief.  Subsequently, on November 16, 2018, Defendant filed her response (Dkt 22).   On November 19, 2018, the Court denied Defendant's motion of extension of time without prejudice (Dkt 23).  Pursuant to the Court's Order, the parties, now file the stipulation for acceptance of late-filed brief.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 19, 2018        */s/ \*Nancy McCombs*
(\*as authorized by email on November 19, 2018)
NANCY MCCOMBS
Attorney for Plaintiff


Dated: November 19, 2018        MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By      /s/  Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  November 20, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE